FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 21 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

JOANNE CARRILLO,

        Plaintiff,

   - against -

SWISSPORT USA,

        Defendant.

------------------------------------------------------X

ORDER
11 CV 5699 (KAM)(LB)

**BLOOM, United States Magistrate Judge:**

    The Court held a status conference in this *pro se* employment discrimination action on March 20, 2012. Defendant shall immediately re-send plaintiff her personnel file. The parties shall file a mutual confidentiality order by April 6, 2012. The Court shall hold another status conference on May 2, 2012 at 2:30 p.m. in Courtroom 11A. If the parties are not discussing settlement, the Court will set the discovery deadline at the next status conference.

SO ORDERED.

                                                LOIS BLOOM
                                                United States Magistrate Judge

Dated: March 20, 2012
       Brooklyn, New York

