UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hon. Lois Bloom
United States Magistrate Judge

Civil Conference Appearance Sheet

STATUS CONFERENCE

MAY 2, 2012

Case Name: Carrillo v. Swissport USA

Docket Number: 11 cv 5699

Tick Numbers: 2:53- 3:00
Total Time in Court: 7

**Plaintiff/Plaintiff's Counsel:**

Name: JOANNE CARRILLO

Address/Firm: P.O. BOX 340183
BROOKLYN N.Y. 11234

Telephone: 347-416-2175

☐ This is a new address.

**Defendant(s):**

Counsel: GREGORY LAHR
Firm Name: SEDGWICK LLP

Counsel: RYAN CHAPATOEAU
Firm Name: " "