**GOLENBOCK EISEMAN**
**ASSOR BELL & PESKOE** LLP

Attorneys at Law | 437 Madison Ave., New York, NY 10022-7020
~~(212) 907-7300~~ | F (212) 754-0330 | www.golenbock.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 0 5 2012 ★

BROOKLYN OFFICE

Direct Dial No.: (212) 907-7384
Direct Fax No.: (212) 754-0330
Email Address: bnagalski@golenbock.com

June 4, 2012

The application is ✓ granted. ___ denied.
SO ORDERED.
/Signed by Judge Lois Bloom/
Lois Bloom, U.S.M.J.
Dated: 6/5/12
Brooklyn, New York

VIA ELECTRONIC FILING

Hon. Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Carrillo v. Swissport USA (Index No. 1:11-cv-05699-KAM-LB)

Dear Judge Bloom:

   We represent plaintiff Joanne Carrillo in the above-referenced matter. Pursuant to the Mediation Instructions electronically filed on May 18, 2012, counsel were to select a Mediator and schedule the first mediation session by June 4, 2012. We write on behalf of counsel to both parties to this action to jointly request that the parties be allowed an additional one week, until and including June 13, 2011, to complete this process.

Respectfully,

Beth E. Nagalski

cc:  Gregory J. Lahr, counsel for Defendant (via email)

1507629.1