**GOLENBOCK EISEMAN**
**ASSOR BELL & PESKOE**LLP

Attorneys at Law I 437 Madison Ave., New York, NY 10022-7020
T (212) 907-7300 I F (212) 754-0330 I www.golenbock.com

Direct Dial No.: (212) 907-7384
Direct Fax No.: (212) 754-0330
Email Address: bnagalski@golenbock.com

November 15, 2012

**VIA ELECTRONIC FILING**

Hon. Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Carrillo v. Swissport USA (Index No. 1:11-cv-05699-KAM-LB)</u>

Dear Judge Bloom:

    We write pursuant to Your Honor's scheduling order of November 1, 2012, instructing any attorney who intends to appear at the November 20, 2012 conference scheduled in this matter to file a notice of appearance before that date. This firm intends to appear on behalf of Plaintiff Joanne Carrillo at that conference and has filed a Notice of Appearance as instructed. Our appointment in this case, however, was for the limited purposes of conducting mediation. Thus, our appearance at the conference is solely to answer any questions the court may have about that mediation.

    Respectfully,

    Beth E. Nagalski

1652389.1