AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Joanne Carrillo | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:11-cv-05699-KAM-LB |
| Swissport USA | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Swissport USA.

Date: 11/15/2012

*Attorney's signature*

Ryan C. Chapoteau, RC0689
*Printed name and bar number*

Sedgwick LLP
225 Liberty Street, 28th Floor
New York, NY 10281

*Address*

ryan.chapoteau@sedgwicklaw.com
*E-mail address*

(212) 898-4029
*Telephone number*

(212) 422-0925
*FAX number*